UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHATIA SIMMONS,

                               Plaintiff,

-against-

WAL-MART STORES, INC., *et al.*,

                               Defendants.
-----------------------------------------------------------------X

**ORDER**

21-CV-06791 (KPF) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on March 2, 2022 for Settlement. ECF No. 12. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) by **March 11, 2022,** to provide three mutually agreeable dates for a Settlement Conference. Per the Referring Order, the proposed dates should be in the month of May 2022.

      SO ORDERED.

DATED:    New York, New York
              March 2, 2022

                                                             _____
                                                              JENNIFER E. WILLIS
                                                               United States Magistrate Judge