**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHATIA SIMMONS,

                                   Plaintiff,

                -against-

WAL-MART STORES, INC., *et al.*,

                               Defendants.
-----------------------------------------------------------------X

                                      **ORDER**

                                **21-CV-6791 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On December 9, 2022, the Parties filed a letter requesting a one-week extension to file their Joint Pre-Trial Order. Dkt. No. 32. This request was based on certain technical difficulties Plaintiff was experiencing at the time. The request was granted, and the deadline extended to December 16, 2022. Dkt. No. 33.

      No such order was filed on or before that date. The Parties are directed to file the Joint Pre-Trial Order by no later than noon on **January 11, 2023**.

      SO ORDERED.

DATED:    New York, New York
              January 9, 2023

                                        *Jennifer E. Willis*
                                   JENNIFER E. WILLIS
                                   United States Magistrate Judge