UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHATIA SIMMONS,

                              Plaintiff,

                  -against-

WAL-MART STORES, INC., *et al.*,

                            Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-6791 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties have previously advised the Court that they were likely to attempt mediation in January 2023. Dkt. No. 30. Based on this understanding, trial in this matter was adjourned to February 27, 2023. Dkt. No. 31. Motions in limine are due to the Court by February 14, 2023. Dkt. No. 37. The Parties are directed to file a joint status update letter with the Court by **February 10, 2023**, advising the Court of the status and outcome of mediation.

      SO ORDERED.

DATED:   New York, New York
               February 7, 2023

                                                         _____
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge