**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHATIA SIMMONS,

                         Plaintiff,

            -against-

WAL-MART STORES, INC., *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-6791 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 7, 2023, the Parties filed a letter advising the Court that this matter has been settled subject to the written approval of the Workers' Compensation carrier. Dkt No. 39. In light of this, all deadlines and trial are **ADJOURNED**.

The Parties are directed to file either their Stipulation of Discontinuance **or** a status update letter with the Court by **March 31, 2023**.

SO ORDERED.

DATED:    New York, New York
                February 7, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge