UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHATIA SIMMONS,

                Plaintiff,               **ORDER**

      -against-               **21-CV-6791 (JW)**

WALMART INC., *et al.*,

                Defendant.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 26, 2023, the parties stipulated and agreed to dismiss the action with prejudice and without costs to either party as against the other. Dkt. No. 47. The stipulation of voluntary dismissal is approved. The Clerk of Court is directed to close the case.

SO ORDERED.

DATED:    New York, New York
             June 2, 2023

                                            _____
                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge